UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-8381-R                                            Date: DECEMBER 29, 2014

Title:     FEDERAL HOME LOAN MORTGAGE CORPORATION - V.- EUTIMIO HERNANDEZ, et al.

===================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                     None Present
   Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                 None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT


      The Court has determined that Plaintiff's Motion to Remand Case to Superior Court of California, Los Angeles Count [6] set for hearing on January 5, 2015 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of January 5, 2015 is VACATED and TAKEN OFF CALENDAR.

      Accordingly, Plaintiff's Request for Leave to Appear Telephonically at that hearing [9] is MOOT.

      The Court will issue its ruling on the matter in due course.

      **IT IS SO ORDERED.**


MINUTES FORM 11                                       Initials of Deputy Clerk ___CCH____
CIVIL -- GEN